FILED
CLERK U.S DISTRICT COURT

AUG 2 2 2016

CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 16-01641M |
| Plaintiff, | ) | ORDER OF DETENTION AFTER HEARING (Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation/ Supervised Release Conditions) |
| v. | ) | |
| JODY ALLAN WELCH | ) | |
| Defendant. | ) | |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

    (A)  (X)  the appearance of defendant as required; and/or

    (B)  (X)  the safety of any person or the community.

//

//

The court concludes:

A. (X) Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

he will comply w/ supervised release conditions. Defendant's violations, w/ criminal history + substance abuse pose a risk to safety of community.

(B) (X) Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

he will comply w/ conditions. Also, defendant has no bail resources, substance abuse, history of failures to appear.

IT IS ORDERED that defendant be detained.

DATED: 8/22/16

SUZANNE H. SEGAL
UNITED STATES MAGISTRATE JUDGE